NORMAN JOHNSON, Suing on Behalf of Himself and All Other Stockholders of Gold and Stock Telegraph Company Similarly Situated, Appellant, *v.* WESTERN UNION TELEGRAPH COMPANY et al., Respondents.

Submitted November 13, 1944; decided November 22, 1944.

Motion by respondent Western Union Telegraph Company for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 379.)

CHELROB, INC., et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of Queens Borough Gas & Electric Company, Similarly Situated, Appellants, *v.* EDWARD F. BARRETT et al., Respondents, et al., Defendants.

MARGARET ESPACH et al., Appellants, et al., Suing on Their Own Behalf as Stockholders and for the Benefit of All Other Stockholders of the Nassau & Suffolk Lighting Company, Similarly Situated, Plaintiffs, *v.* NASSAU & SUFFOLK LIGHTING COMPANY et al., Respondents.

Submitted November 13, 1944; decided November 22, 1944.

Motions by respondents Nassau & Suffolk Lighting Company and Long Island Lighting Company in the first above-entitled action and by appellants in the second above-entitled action for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 442, 463.)